Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. FINEOUT, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A.; JPMORGAN CHASE BANK, N.A.; OCWEN LOAN SERVICING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | CASE NO.  2:16-cv-00788-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (Second Request) |

Defendant JPMorgan Chase Bank N.A.'s ("Chase") response to plaintiff William J. Fineout's complaint currently is due on or about June 13, 2016.  Plaintiff and Chase stipulate and agree that Chase has up to and including July 13, 2016 to respond to plaintiff's complaint, to provide additional time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.  This request is made in good faith and not made for

*[Continued on following page.]*

DMWEST #14122333 v1

purposes of delay.

Dated: June 9, 2016

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
(800) 400-6808

HAINES & KRIEGER.
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
(702) 880-5554

*Attorneys for Plaintiff*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: June 10, 2016