DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brennner@akerman.com
Email: miles.clark@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. FINEOUT,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., JPMORGAN CAHSE BANK, N.A.; OCWEN LOAN SERVICING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:16-cv-00788-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loan Servicing, LP (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ. and REX GARNER, ESQ. receive all future notices.

Respectfully submitted, this 21st day of December, 2016.

**AKERMAN LLP**

/s/ *Rex Garner, Esq.*
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330

{40284701;1}　　　　　　　　　　　1

Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: December 22, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{40284701;1}  2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 21st day of December, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP