Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff William J. Fineout*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| William J. Fineout, | Case No.: 2:16-cv-00788-JCM-NJK |
|---|---|
| Plaintiff, | **Stipulation of Dismissal of Ocwen Loan Servicing, LLC** |
| v. | |
| Bank of America, N.A., JPMorgan Chase Bank, N.A., Ocwen Loan Servicing, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, | |
| Defendants. | |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff William J. Fineout ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen") stipulate to dismiss with prejudice Plaintiff's claims against Ocwen only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of February 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**GREENBERG TRAUGIG, LLP**

By: Alayne Opie
Alayne Opie Esq.
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
*Attorneys for Defendant*
*OCWEN Loan Servicing, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2017 _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 10, 2017, the foregoing (corrected image of) STIPULATION AND ORDER TO DISMISS DEFENDANT OCWEN LOAN SERVICING, LLC was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117